UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

EMPLOYERS AND ILLINOIS )
OPERATIVE PLASTERERS AND )
CEMENT MASONS LOCAL 18 )
ANNUITY FUND, )
                             )
    Plaintiff, )
                             )    Civil No. 15-3046
    v. )
                             )
ASC INSULATION, FIREPROOFING )
AND SUPPLIES, INC., )
                             )
    Defendant. )

## OPINION ENTERING DEFAULT JUDGMENT

SUE E. MYERSCOUGH, U.S. District Judge:

    This cause comes before the Court on Plaintiff's Motion for Final Default Judgment against Defendant ASC Insulation, Fireproofing and Supplies, Inc. (d/e 6). The Court has reviewed Plaintiff's Memorandum in Support (d/e 7) and all of the exhibits attached thereto.  The Motion (d/e 6) is GRANTED.

    IT IS HEREBY ORDERED THAT default judgment is entered in favor of Plaintiff and against Defendant ASC Insulation, Fireproofing

and Supplies, Inc. as follows: That Judgment is entered in favor of the Plaintiff, Employers and Illinois Operative Plasterers and Masons Local 18 Annuity Fund, and against Defendant ASC Insulation, Fireproofing and Supplies, Inc., in the amount of $6,437.28 (consisting of delinquent contributions of $4,385.23 plus liquidated damages of $877.05, plus audit costs of $1,175.00); that Defendant is ordered to pay $2,271.25 in reasonable attorney's fees and $457.00 in costs to Plaintiff as authorized by ERISA (29 U.S.C. §1132(g)(2)) and Plaintiff's Trust Agreement; and that Plaintiff is awarded post-judgment attorney's fees and costs incurred in connection with this case until all terms of the Default Judgment are fully executed.

ENTER: May 11, 2015.

s/ Sue E. Myerscough
SUE E. MYERSCOUGH
UNITED STATES DISTRICT JUDGE